UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON ESTACIO PAGTAKHAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ED FOULK et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV09-05495 SI<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marlon E. Pagtakhan 2074227
Napa State Hospital
Unit Q9
2100 Napa Vallejo Hwy.
Napa, CA 94558-6293

Dated: February 23, 2010

　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　By: Tracy Forakis, Deputy Clerk