UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON E. PAGTAKHAN, | No. C 09-5495 SI (pr) |
|     Petitioner, | **ORDER EXTENDING DEADLINES** |
|     v. | |
| ED FOULK, | |
|     Respondent. | |

Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Juliet B. Haley, the court GRANTS respondent's request. (Docket # 4.) Respondent must file and serve his response to the petition no later than **July 2, 2010**. Petitioner must file and serve his traverse no later than **August 6, 2010.**

IT IS SO ORDERED.

DATED: May 3, 2010

                                                SUSAN ILLSTON
                                                United States District Judge