UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON E. PAGTAKHAN, | No. C 09-5495 SI (pr) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ED FOULK, | |
| Respondent. | |

This action is dismissed on <u>Younger</u> abstention grounds. <u>See Younger v. Harris</u>, 401 U.S. 37, 43–54 (1971).

IT IS SO ORDERED AND ADJUDGED.

DATED: October 3, 2010

_____
SUSAN ILLSTON
United States District Judge

G:\SI\HABEAS\2009\09-5495\09-5495.07.wpd