UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARLON E. PAGTAKHAN,            No. C 09-5495 SI (pr)

    Petitioner,

   v.                                      **AMENDED JUDGMENT**

ED FOULK,

    Respondent.

                                        /

     This action is dismissed on Younger abstention grounds. See Younger v. Harris, 401 U.S. 37, 43–54 (1971). This Amended Judgment corrects the date of signature.

     IT IS SO ORDERED AND ADJUDGED.

DATED: October 18, 2011

                                                        SUSAN ILLSTON
                                                   United States District Judge

G:\SI\HABEAS\2009\09-5495\09-5495.09.wpd